MCGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-po-00290-CKD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DARRELL JACKSON, | DATE: April 16, 2020 |
| Defendant. | TIME: 10:30 a.m. |
| | COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, in an effort to limit the transmission of COVID-19, the status conference was continued to April 16, 2020 at 10:30 a.m.

2. By this stipulation, the parties now jointly move to continue the status conference to June 18, 2020, at 10:30 a.m.

3. The sole charge in this case is a Class B misdemeanor. Therefore the Speedy Trial Act does not apply and no exclusion of time is necessary.

///

///

///

STIPULATION & ORDER TO CONTINUE STATUS CONFERENCE     1

IT IS SO STIPULATED.

Dated: March 25, 2020		McGREGOR W. SCOTT
				United States Attorney

				/s/ *Christopher S. Hales*
				CHRISTOPHER S. HALES
				Assistant U.S. Attorney


Dated: March 25, 2020		/s/ *Linda C. Allison*
				LINDA C. ALLISON
				Counsel for Defendant
				DARRELL JACKSON
				*(Approved via email 3/25/2020)*

## FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference is continued to June 18, 2020, at 10:30 a.m.

Dated: March 26, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE