MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>DARRELL JACKSON,<br><br>                  Defendant. | CASE NO. 2:19-po-00290-CKD<br><br>MOTION AND ORDER TO CONTINUE BENCH TRIAL<br><br>DATE: August 4, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Carolyn K. Delaney |

      Pursuant to General Orders 611, 612, 617, and 618, the Eastern District has recognized that COVID-19 presents a district-wide health concern, and has closed the court to public access and continued all criminal jury trials until further notice. Bench trials are left to the discretion of the presiding judge.

      The Court previously set this matter for a bench trial on August 4, 2020, at 9:30 a.m. In light of the COVID-19 crisis and related General Orders issued by the United States District Court for the Eastern District of California, the government hereby moves to continue the bench trial in this case to October 27, 2020 at 9:00 a.m.

      The sole charge in this case is a Class B misdemeanor. Therefore the Speedy Trial Act does not apply, and no exclusion of time is necessary.

MOTION & ORDER TO CONTINUE BENCH TRIAL

1

///

Dated:  July 20, 2020

          McGREGOR W. SCOTT
          United States Attorney

          /s/ *Alstyn Bennett*
          ALSTYN BENNETT
          Special Assistant U.S. Attorney

**FINDINGS AND ORDER**

Having considered the government's motion, and over the objection of the defendant, the court declines to exercise its discretion to hold a bench trial as scheduled.  The court has considered convening the trial, but the public health risk of gathering in a courtroom, the inherent difficulty in assessing the credibility of witnesses who must wear masks, and the risks associated to court personnel if required to attend a bench trial, all inform the court's decision to delay the trial.  IT IS THEREFORE ORDERED that the bench trial is continued to October 27, 2020, at 9:00 a.m.

Dated:  July 20, 2020

*[signature]*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE