MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-po-00290-CKD |
|---|---|
| Plaintiff, | MOTION AND [PROPOSED] ORDER TO VACATE BENCH TRIAL AND SET STATUS CONFERENCE |
| v. | |
| DARRELL JACKSON, | DATE: October 27, 2020
TIME: 9:30 a.m.
COURT: Hon. Carolyn K. Delaney |
| Defendant. | |

    Pursuant to General Orders 611, 612, 617, and 618, the Eastern District has recognized that COVID-19 presents a district-wide health concern, and has closed the court to public access and continued all criminal jury trials until further notice. Bench trials are left to the discretion of the presiding judge.

    The Court previously set this matter for a bench trial on October 27, 2020, at 9:30 a.m. In light of the COVID-19 crisis and related General Orders issued by the United States District Court for the Eastern District of California, as well as the defendant's desire to conduct the bench trial in person rather than via Zoom, the

government hereby moves to vacate the bench trial in this case and set it for status conference on January 21, 2021 at 9:30 a.m.

The sole charge in this case is a Class B misdemeanor. Therefore the Speedy Trial Act does not apply, and no exclusion of time is necessary.

Dated:   September 24, 2020         McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ *Alstyn Bennett*
                                    ALSTYN BENNETT
                                    Special Assistant U.S. Attorney

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the bench trial is vacated and the matter is set for status conference on January 21, 2021 at 9:30 a.m.

FOUND AND ORDERED

Dated:   September 25, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

MOTION AND ORDER TO VACATE BENCH TRIAL AND SET FOR STATUS CONFERENCE        2                    US v. DARRELL JACKSON