UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-po-00290-CKD |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE TRIAL |
| | ) | CONFIRMATION HEARING |
| v. | ) | |
| | ) | |
| DARRELL JACKSON, | ) | |
| | ) | DATE:  July 8, 2021 |
| Defendant. | ) | TIME:  9:00 a.m. |
| | ) | JUDGE: Hon. Carolyn K. Delaney |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:19-po-00290-CKD is GRANTED.

It is further ordered that the trial confirmation hearing scheduled on July 8, 2021, is vacated.

IT IS SO ORDERED.


Dated: July 6, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE